IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR268-MU

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DARYL WEDDINGTON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the court upon Defendant's Motion for Bond Reconsideration filed December 29, 2005. The government is hereby directed to file a response to Defendant's motion within 20 days of the date of entry of this Order.

IT IS SO ORDERED.

**Signed: January 5, 2006**

Graham C. Mullen
Chief United States District Judge