IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR268-MU

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DARYL WEDDINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on Defendant's Motion For Bond Reconsideration. After reviewing Defendant's motion and the Government's response, there does not appear to be any change in circumstances warranting a reconsideration of bond. Therefore, Defendant's motion is DENIED.

IT IS SO ORDERED.

Signed: February 8, 2006

Graham C. Mullen
United States District Judge